JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECONO LUBE FRANCHISOR SPV LLC, a Delaware limited liability company;<br>MEINEKE FRANCHISOR SPV, LLC; a Delaware limited liability company; and,<br>ECONO LUBE N' TUNE, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>LONI KANG, an individual; and, STEVEN KANG, an individual,<br><br>    Defendants. | Case No. 5:22-cv-00375-JWH-KK<br><br>**JUDGMENT** |

Pursuant to the "Order on Plaintiffs' Motion for Default Judgment [ECF No. 28]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 and 15 U.S.C. §§ 1501, *et seq.*

2. Plaintiffs Econo Lube Franchisor SPV LLC ("Franchisor"), Meineke Franchisor SPV LLC ("Meineke"), and Econo Lube N' Tune LLC ("Econo Lube") (collectively, "Plaintiffs") have given notice of this action in the manner required by law. No Claim or Answer was filed in this action by Defendant Loni Kang or Defendant Steven Kang (jointly, "Defendants"). The Court deems that Defendants admit the allegations of the Complaint to be true.

3. Judgment is hereby entered in **FAVOR** of Franchisor and Meineke, and **AGAINST** Loni Kang and Steven Kang, jointly and severally, on the claims for relief for trademark infringement and unfair competition, in the amount of $**24,913.82**.

4. Plaintiffs' claims for relief for trademark counterfeiting are **DISMISSED with prejudice**.

5. Judgment is hereby entered in **FAVOR** of Franchisor and **AGAINST** Loni Kang and Steven Kang, jointly and severally, on the claim for relief for the breach of the Franchise Agreement in the amount of $57,767.69, along with prejudgment interest in the amount of $8,358.24, for a **total of $66,125.93**, plus $15.83 per day from and after August 2, 2022.

6. Judgment is hereby entered in **FAVOR** of Econo Lube and **AGAINST** Loni Kang and Steven Kang, jointly and severally, on the claim for relief for breach of the Sublease in the amount of $101,373.76—consisting of unpaid Rent in the amount of $92,157.96 and a ten percent (10%) late charge on the unpaid Rent of $9,215.77—and with prejudgment interest in the amount of

$17,222.01, for a **total of $118,595.77**, plus $25.25 per day from and after August 2, 2022.

7. Contractual attorneys' fees under the Sublease are awarded in **FAVOR** of Econo Lube and **AGAINST** Loni Kang and Steven Kang, jointly and severally, in the amount of **$5,290.32**.

8. Contractual attorneys' fees under the Franchise Agreement are awarded in **FAVOR** of Franchisor and **AGAINST** Loni Kang and Steven Kang, jointly and severally, in the amount of **$3,910.47**.

9. Litigation costs are awarded in **FAVOR** of Plaintiffs, and **AGAINST** Loni Kang and Steven Kang, jointly and severally. Plaintiffs are **DIRECTED** to file no later than February 2, 2024, a motion to assess costs, including a tabulation of those costs.

10. Other than potential post-judgment remedies (including those provided in Paragraph 9 above), to the extent that any party requests any other form of relief, such request is **DENIED**.

11. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: January 11, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE